**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE: Amy L. Rhodes                                                     CHAPTER 13

<u>Debtor(s)</u>

BKY. NO. 22-20096 CMB

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

      Kindly enter my appearance on behalf of Nationstar Mortgage LLC and index same on the master mailing list.

                                                       Respectfully submitted,

                                                       /s/ **Brian C. Nicholas**
                                                       Brian Nicholas
                                                       07 Dec 2023, 13:10:31, EST

                                       Brian C. Nicholas, Esq. (317240) ☑
                                       Denise Carlon, Esq. (317226) ☐
                                       KML Law Group, P.C.
                                       BNY Mellon Independence Center
                                       701 Market Street, Suite 5000
                                       Philadelphia, PA 19106
                                       412-430-3594
                                       bkgroup@kmllawgroup.com